IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:24-MJ-3231 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOEL ALONTE TRAVIS, | ) | |
| | ) | PETITION FOR WRIT OF HABEAS |
| Defendant. | ) | CORPUS AD PROSEQUENDUM |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION:

The petitioner, Michelle M. Baeppler, Assistant United States Attorney for the Northern District of Ohio, respectfully submits to the Court that Joel Travis is now confined in the Cuyahoga County Corrections Center, Cleveland, Ohio, and is in the custody of the Warden for said Institution.

Your petitioner further shows to the Court that the defendant has been charged in this District with a violation of Title 18, United States Code, Sections 2113(a),(d) & 2, Armed Bank Robbery; and 18 U.S.C. 924(c)(1)(A)(ii), Using and Carrying a Firearm During and in Relation to a Crime of Violence, and pursuant to said charge is to appear for Arraignment on December 3, 2024, at 12:30 p.m., before the Honorable Magistrate Judge Reuben J. Sheperd in the United States District Court for the Northern District of Ohio, EASTERN Division.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to the above-named custodian and/or the United States Marshal at Cleveland, Ohio or their designee, and/or FBI and/or the Ohio Department of Rehabilitation and Corrections/or other facility to produce the defendant before this Court at the above-specified

time and place and for such other and further proceedings as the Court may deem proper as it pertains to the prosecution of said charges; and that immediately after the said defendant completes this and any future court proceedings, Defendant be returned to said custodian under safe and secure conduct.

    Respectfully submitted,

    REBECCA C. LUTZKO
    United States Attorney

By:   /s/ Michelle M. Baeppler
    Michelle M. Baeppler (OH: 0065378)
    Assistant United States Attorney
    United States Court House
    801 West Superior Avenue, Suite 400
    Cleveland, OH 44113
    (216) 622-3995
    (216) 522-8354 (facsimile)
    Michelle.Baeppler@usdoj.gov

I, Michelle M. Baeppler, do declare under penalty of perjury that the foregoing is true and correct.

    s/ Michelle M. Baeppler
    Michelle M. Baeppler
    Assistant United States Attorney

Executed on December 2, 2024.